UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Red Eagle Law, L.C.,

Plaintiff,

v.

Marco Rubio,
*in his official capacity as U.S. Secretary of State*

Defendant.

Case No.: 3:26-cv-04738

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

On August 22, 2026, Plaintiff Red Eagle Law, L.C. filed a motion for a temporary restraining order. The Court held oral argument on the motion on September 3, 2026. For the reasons stated on the record at oral argument, the Court DENIES the motion without prejudice [Dkt. 3].

Plaintiff shall file a motion for preliminary injunction by September 8, 2026. Defendant's opposition brief is due September 14, 2026, and Plaintiff's reply is due September 18, 2026. The Court schedules a hearing on the motion for preliminary

injunction on September 24, 2026 at 9:30 AM in Courtroom 13B.

**IT IS SO ORDERED**.

Dated: September 3, 2026

Honorable Jinsook Ohta
United States District Judge