UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED EAGLE LAW, L.C.,<br>Petitioner,<br>v.<br>MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS U.S. SECRETARY OF STATE,<br>Defendant. | Case No.: 26-cv-4738-JO-VET<br><br>**ORDER GRANTING THE MOTION FOR PRELIMINARY INJUNCTION** |

For the reasons stated on the record, the Court GRANTS the motion for preliminary injunction [Dkt. 13]. The Court ORDERS Defendant Marco Rubio, in his official capacity as U.S. Secretary of State, and the United States Department of State, as follows:

1. No later than midnight EST, October 15, 2026, Defendant SHALL publicly announce on its official website (https://travel.state.gov/content/travel/en/News/visas-news.html) the registration period for the fiscal year 2027 Diversity Visa Program. The announcement shall identify the opening and closing dates of the registration period, the website through which individuals may submit electronic entries, and the

requirements for participating in the program. Defendant SHALL further disseminate this information through the State Department's other customary public notification channels, including the Federal Register.

2. Defendant SHALL open the registration period for the fiscal year 2027 Diversity Visa Program by midnight EST October 18, 2026, and the registration period shall last for thirty days. Defendant SHALL accept electronic entries submitted during this period in accordance with all applicable eligibility, petition, and documentation requirements established by 8 U.S.C. §§ 1153 and 1154(a)(1)(I) and 22 C.F.R. § 42.33, and any other applicable provisions.
3. Defendant SHALL notify, by midnight EST November 19, 2026, the selectees eligible to apply for a Diversity Visa for fiscal year 2027. Defendant SHALL timely process and award their Diversity Visa applications in accordance with its usual procedures and standards, subject to applicable law, until the available Diversity Visa allocation for fiscal year 2027 is exhausted or September 30, 2027, whichever occurs first.

The Court retains jurisdiction to enforce or modify this injunction as necessary to ensure compliance with its terms.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Honorable Jinsook Ohta
United States District Judge