**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RED EAGLE LAW, L.C.,<br>Plaintiff,<br>v.<br>MARCO RUBIO,<br>Defendant. | Case No.: 26-cv-4738-JO-VET<br><br>**~~[PROPOSED]~~ ORDER GRANTING JOINT MOTION TO MODIFY INJUNCTION** |

The parties' Joint Motion [Dkt. 22] is granted. The Court's prior Order [Dkt. 21] is modified as follows:

(1) The October 15, 2026, deadline in Paragraph 1 is continued to October 29, 2026, at midnight EST;

(2) The October 18, 2026, deadline in Paragraph 2 is continued to November 1, 2026, at midnight EST; and

(3) The November 19, 2026, deadline in Paragraph 3 is continued to December 3, 2026, at midnight EST.

DATED: October 14, 2026

Hon. Jinsook Ohta
United States District Judge