UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED EAGLE LAW, L.C.,<br>Petitioner,<br><br>v.<br><br>MARCO RUBIO, IN HIS OFFICIAL CAPACITY AS U.S. SECRETARY OF STATE,<br>Defendant. | Case No.: 26-cv-4738-JO-VET<br><br>**AMENDED ORDER GRANTING THE MOTION FOR PRELIMINARY INJUNCTION** |

For the reasons stated in the Court's October 19, 2026 written order, the Court GRANTS Plaintiff's motion for preliminary injunction. *See* Dkts. 13, 24. The Court also modifies the deadlines contained in the Court's original order and injunction based on the parties' joint motion. *See* Dkt. 22. The following injunction supersedes the original order and injunction (Dkts. 21, 23):

The Court ORDERS Defendant Marco Rubio, in his official capacity as U.S. Secretary of State, and the United States Department of State, as follows:

1. No later than midnight EST, October 29, 2026, Defendant SHALL publicly announce on its official website (https://travel.state.gov/content/travel/en/News/visas-

news.html) the registration period for the fiscal year 2027 Diversity Visa Program. The announcement shall identify the opening and closing dates of the registration period, the website through which individuals may submit electronic entries, and the requirements for participating in the program. Defendant SHALL further disseminate this information through the State Department's other customary public notification channels, including the Federal Register.

2. Defendant SHALL open the registration period for the fiscal year 2027 Diversity Visa Program by midnight EST November 1, 2026, and the registration period shall last for thirty days. Defendant SHALL accept electronic entries submitted during this period in accordance with all applicable eligibility, petition, and documentation requirements established by 8 U.S.C. §§ 1153 and 1154(a)(1)(I) and 22 C.F.R. § 42.33, and any other applicable provisions.
3. Defendant SHALL notify, by midnight EST December 3, 2026, the selectees eligible to apply for a Diversity Visa for fiscal year 2027. Defendant may seek an extension of this deadline if it has concerns regarding the feasibility of compliance by filing a request by October 30, 2026. Defendant SHALL timely process and award their Diversity Visa applications in accordance with its usual procedures and standards, subject to applicable law, until the available Diversity Visa allocation for fiscal year 2027 is exhausted or September 30, 2027, whichever occurs first.

The Court retains jurisdiction to enforce or modify this injunction as necessary to ensure compliance with its terms.

**IT IS SO ORDERED.**

Dated: October 21, 2026



Honorable Jinsook Ohta
United States District Judge